**Opinion filed October 5, 2023**



# In The

# Eleventh Court of Appeals

_____

## No. 11-23-00049-CV

_____

## BRIAN SWANSON, Appellant

## V.

## ASHLEY COLEGROVE, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C50339**

### M E M O R A N D U M   O P I N I O N

Appellant, Brian Swanson, has filed in this court a motion to dismiss his appeal. In the motion, Appellant states that he no longer wishes to pursue his appeal and certifies that counsel for Appellee does not oppose the motion. Appellant requests that we grant his motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

JUSTICE

October 5, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.